1  MICHELE SABO ASSAYAG, SBN 109540
   JOSHUA K. PARTINGTON, SBN 275939
2  ANDREW K. STEFATOS, SBN 306697
   ASSAYAG ❖ MAUSS
3  A Limited Liability Partnership
   2915 Redhill Avenue, Suite 200
4  Costa Mesa, California 92626
   Telephone: (714) 427-6800
5  Fax: (714) 427-6888
   E-mail: efilings@amlegalgroup.com
6
   Attorneys for Judgment Creditor,          NOTE CHANGES MADE BY THE COURT.
7  WELLS FARGO BANK, N.A.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                                      CV 17 – 2312 VAP(JEMx)
11 WELLS FARGO BANK, N.A.        )   Case No. 2:16-mc-00093
                                 )
12       vs.                     )
                                 )   **ORDER RE: INSTRUCTION TO U.S.**
13 RUFFTOWN ENTERTAINMENT GROUP, )   **MARSHAL TO LEVY UPON PERSONAL**
   INC., RADIO MULTI MEDIA, INC., RENE )  **PROPERTY OF IVAN RENE MOORE,**
   MOORE MUSIC, INC., and IVAN RENE )   **RUFFTOWN ENTERTAINMENT GROUP,**
14 MOORE.                        )   **INC., RADIO MULTI-MEDIA, INC. AND**
                                 )   **RENE MOORE MUSIC, INC.**
15                               )
                                 )   NOTE CHANGES MADE BY THE COURT.
16                               )
                                 )
17                               )
                                 )
18                               )
                                 )
19                               )
                                 )
20                               )
                                 )
21 _____)

22

23      Judgment Creditor, Wells Fargo Bank, N.A., ("Wells Fargo" or "Bank") having moved *ex*

24 *parte* for an Order Instructing the U.S. Marshal to Levy Upon Personal Property of Ivan Rene Moore,

25 Rufftown Entertainment Group, Inc., Radio Multi Media, Inc., and Rene Moore Music, Inc.

26 (collectively, the "Judgment Debtors"), and the Court, having reviewed the Ex Parte Application of

27 Wells Fargo, the Request for Judicial Notice in support thereof, the pleadings and documents on file

28

ASSAYAG ❖
MAUSS

1

herein and based on the pleadings and evidence presented, the Court finds good cause to grant the Ex Parte Application of Wells Fargo.

THEREFORE, IT IS HEREBY ORDERED that:

1. Pursuant to the Writs of Execution attached hereto as Exhibit "1," the United States Marshal shall levy upon any and all personal property listed in the document attached hereto as Exhibit "2," and located at the residence of Kimberly Barbour, aka Kimberly Martin-Bragg, at the real property located at 6150 Shenandoah Avenue, Los Angeles, California 90056 (the "Residence"), and belonging to Ivan Rene Moore, Rufftown Entertainment Group, Inc., Radio Multi Media, Inc., and/or Rene Moore Music, Inc. The amount to satisfy the Judgment is no less than $7,136,505.63.

2. Karen Troutman, Vice President at Wells Fargo, is hereby designated as substitute custodian of the personal property levied upon in connection with the Writs of Execution attached hereto as Exhibit "1." All personal property seized by the United States Marshal shall be securely held by the substitute custodian, or her agent, and a complete inventory of all items seized shall be maintained by the substitute custodian.

3. The United States Marshal may use all reasonable force in conducting the levy upon the Writs of Execution. Wells Fargo shall hold the United States Marshal harmless for any damages incurred as a result of the seizure while the personal property is in the custody of the substitute custodian.

4. Request for Judicial Notice is GRANTED.

IT IS SO ORDERED.

March 27, 2017        ####        JOHN E. McDERMOTT
                                  UNITED STATES MAGISTRATE JUDGE

2

ASSAYAG ❖
MAUSS