MICHELE SABO ASSAYAG, SBN 109540
JOSHUA K. PARTINGTON, SBN 275939
ASSAYAG ❖ MAUSS
A Limited Liability Partnership
2915 Red Hill Avenue, Suite A200
Costa Mesa, California  92626
Telephone:  (714) 427-6800
Fax:  (714) 427-6888
E-mail: efilings@amlegalgroup.com

Attorneys for Judgment Creditor,
WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:17-cv-2312 VAP (JEMx) |
| Plaintiff, | **INVENTORY AND VERIFICATION OF ITEMS SEIZED PURSUANT TO ORDER RE: INSTRUCTION TO U.S. MARSHAL TO LEVY UPON PERSONAL PROPERTY OF JUDGMENT DEBTORS; MEMORANDUM OF POINTS AND AUTHORITIES** |
| vs. | |
| RUFFTOWN ENTERTAINMENT GROUP, INC., RADIO MULTI MEDIA, INC., RENE MOORE MUSIC, INC., and IVAN RENE MOORE, | |
| Defendants. | [Declaration of Kimberly Barbour and Request for Judicial Notice concurrently-filed herewith] |

Pursuant to this Court's Order Denying the Motion of Ivan Rene Moore to Vacate, Recall Levy, or Void Order of Instruction to U.S. Marshal, Judgment Creditor, Wells Fargo Bank, N.A. ("Wells Fargo" or "Bank"), hereby submits the following Inventory and Verification of Items Seized Pursuant to Order re: Instruction to U.S. Marshal to Levy Upon Personal Property of Judgment Debtors ("Verification Brief").

This Verification Brief is made upon the grounds that Wells Fargo has a secured and perfected interest in the subject personal property identified within the Verification Brief and belonging to Ivan Rene Moore, Rufftown Entertainment Group, Inc., Radio Multi Media, Inc., and/or Rene Moore Music, Inc. (collectively, the "Judgment Debtors"). This Verification Brief is also made upon the grounds that Wells Fargo, a judgment creditor of Judgment Debtors, is owed no less than $7,136,505.63 and therefore, is entitled to execute upon Judgment Debtors' assets and apply the proceeds from the sale of those assets to the amount due and owing under the Judgment, subject to the procedures provided under 28 U.S.C. § 3203.

This Verification Brief is based upon the attached Memorandum of Points and Authorities, the concurrently-filed declaration of Kimberly Barbour, the concurrently-filed Request for Judicial Notice, the previously filed Notice of Levy [Document Number 29], the previously filed declaration of Karen Troutman [Document Number 31], the previously filed declaration of Edward Testo [Document Number 32] and all of the pleadings, files, and records in this case.

DATED: June 16, 2017              ASSAYAG ❖ MAUSS
                                  A Limited Liability Partnership


                                  By: /s/Joshua K. Partington
                                      JOSHUA K. PARTINGTON
                                  Attorneys for Judgment Creditor,
                                  WELLS FARGO BANK, N.A.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    FACTUAL BACKGROUND.

On or about May 11, 2015, the United States District Court for the Eastern District of Wisconsin entered an Amended Judgment ("Judgment") in favor of Judgment Creditor, Wells Fargo Bank, N.A. ("Wells Fargo" or "Bank"), and as against Ivan Rene Moore, Rufftown Entertainment Group, Inc., Radio Multi Media, Inc., and Rene Moore Music, Inc. (collectively, the "Judgment Debtors").   See, Request for Judicial Notice ("RJN"), Exhibit "1."  The Judgment against Judgement Debtors is for the sum of $7,106,037.28.  *Id*.  Additionally, the Judgment provides that Wells Fargo "may replevin the intangible property, personal property, royalties, profits and other collateral […]."  *Id*.  On or about July 14, 2016, the United States District Court for the Central District of California registered the Judgment in Case Number 2:16-mc-00093-UA.  See, RJN, Exhibit "2."  On or about August 11, 2016, a Notice of Judgment Lien, as against Judgment Debtors, was filed with the California Secretary of State, as document number 16-7542149322 ("Notice of Lien").  See, RJN, Exhibit "3."

On or about September 28, 2016, Kimberly Barbour, aka Kimberly Martin-Bragg ("Ms. Barbour"), filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Central District of California, thereby initiating Case Number 2:16-bk-22878-BR.   Ms. Barbour was in possession of certain personal property that is subject to replevin and/or repossession pursuant to Wells Fargo's rights under the Judgment.  See, Declaration of Kimberly Barbour ("Barbour Decl."), ¶¶ 4-6. On or about December 21, 2016, Wells Fargo filed a Motion for Relief from the Automatic Stay with respect to the personal property.  See, RJN, Exhibit "4."  Ivan Rene Moore[1] ("Mr. Moore"), among others, was provided with notice of Wells Fargo's Motion for Relief from the Automatic Stay and further objected to the Motion.  *Id*.  On

---

[1] On or about October 9, 2012, Ivan Rene Moore was designated a Vexatious Litigant as defined by California Code of Civil Procedure § 391, et seq.  See, RJN, Exhibit "10," Page 2.  As such, Mr. Moore's name appears on the Vexatious Litigant List, maintained by the Judicial Council of California.  See, RJN, Exhibit "11."

ASSAYAG ❖
MAUSS

1    or about January 19, 2017, in spite of oral argument by Ivan Rene Moore in opposition
2    to Wells Fargo's Motion for Relief from the Automatic Stay, the Motion for Relief from
3    the Automatic Stay was granted, thereby terminating the automatic stay as to Wells
4    Fargo with respect to the personal property of Judgment Debtors and further permitting
5    Wells Fargo to exercise all of its rights and pursue all of its remedies with respect to its
6    security interest in and to the personal property of Judgment Debtors held at the
7    residence of Ms. Barbour.  <u>See</u>, RJN, Exhibits "5" and "6."

8            On or about February 3, 2017, the United States District Court for the
9    Central District of California issued Writs of Execution in favor of Wells Fargo and as
10   against Judgment Debtors.  <u>See</u>, RJN, Exhibit "7."  In connection with the levy upon the
11   Writs of Execution and in coordination with the collection of the personal property of
12   Judgment Debtors from the residence of Ms. Barbour, on or about March 10, 2017,
13   Wells Fargo filed, with this Court, an Ex Parte Application for Order re: Instruction to
14   U.S. Marshal to Levy Upon Personal Property (the "Ex Parte Application").  <u>See</u>, RJN,
15   Exhibit "8."  On or about March 27, 2017, this Court entered an Order re: Instruction to
16   U.S. Marshal to Levy Upon Personal Property of Judgment Debtors ("Order re: Levy").
17   <u>See</u>, RJN, Exhibit "9."  The Order re: Levy authorized the U.S. Marshal to seize those
18   items of personal property listed in the Ex Parte Application (the "Authorized Items").
19   <u>See</u>, RJN, Exhibit "5."  On or about April 20, 2017, the U.S. Marshal levied upon the
20   personal property of Judgment Debtors in accordance with the Order re: Levy[2].  <u>See</u>,
21   Barbour Decl., ¶ 4; Declaration of Karen Troutman[3] ("Troutman Decl.") ¶ 3, Exhibit
22   "1"; Declaration of Edward Testo[4] ("Testo Decl.") ¶ 2, Exhibit "1."  A designation of
23   the items seized by the U.S. Marshal (the "Collected Property") is set forth in
24   Section III, below, as well as attached as Exhibit "1" to the previously filed Notice of

25
26   [2] A true and correct listing of the personal property collected by the United States Marshal ("Collected Property") is
     attached as Exhibit "1" to the Notice of Levy, filed with the Court on or about June 8, 2017 as Document Number 29.
27   [3] The Declaration of Karen Troutman, and the exhibits thereto, were filed with this Court on or about June 8, 2017, as
     Document Number 31.
28   [4] The Declaration of Edward Testo, and the exhibits thereto, were filed with this Court on or about June 8, 2017, as
     Document Number 32.

ASSAYAG ❖
MAUSS

Levy.  [Document Number 29, Exhibit "1."]   Wells Fargo is currently holding the personal property of Judgment Debtors as the Court-ordered substitute custodian, and, on June 8, 2017, filed a Motion for Order re: Sale of Personal Property of Judgment Debtors ("Motion re: Sale").  [Document Numbers 28-33].   Moreover, Wells Fargo provided notice of the Motion re: Sale to those parties previously identified by Mr. Moore as alleged interest-holders in the personal property.  Id.

## II.   **EVIDENCE OF OWNERSHIP BY JUDGMENT DEBTORS.**

As a threshold matter, Mr. Moore has taken inconsistent positions from case to case in respect of the ownership interest he has in the Authorized Items and the Collected Property.  Mr. Moore recently stated, "I am not the owner to the majority of the subject property[…]."  See, Motion for Sanctions Pursuant to FRCP Rule 11 [Document Number 21] ("Rule 11 Motion"), page 16, lines 26-27.   However, Mr. Moore's statements disclaiming ownership of the Authorized Items and the Collected Property are conclusively contradictory to previous statements he has made in other court proceedings concerning the personal property at issue.

First, Mr. Moore recently represented that he owned the Authorized Items and the Collected Property when he filed a Motion for Order to Inspect, Itemize and Collect Plaintiff's Personal Property in the Los Angeles County Superior Court ("Motion to Inspect") wherein Mr. Moore, in making a request to collect the Authorized Items and Collected Property, continually stated that he needed "his property" back, which was located at the Residence.  See, RJN, Exhibit "14."  Mr. Moore further represented in the Motion to Inspect that "[a]ll this property has been determined to be Mr. Moore's by both a jury and Judge Rosenblatt and the California court of Appeals Second District."  Id. at p. 6.  Therefore, according to Mr. Moore's Motion to Inspect, as of May 18, 2016, the Authorized Items and the Collected Property were owned by Mr. Moore.

ASSAYAG ✣
MAUSS

Second, Mr. Moore represented in his Chapter 11 bankruptcy petition, filed on or about October 26, 2016, that the Authorized Items and the Collected Property, which included "my music production and broadcast studio, and all my equipment possessions [he] acquired over [his] lifetime" and which were located at the Residence, were assets of Mr. Moore's <u>personal</u> bankruptcy estate.  <u>See</u>, RJN, Exhibit "12," page 12, lines 4-6[5].  Mr. Moore further stated, in his Chapter 11 bankruptcy petition, that "I have been without my studio and professional property since 2012" in referencing the musical equipment and personal property located at the real property located at 6150 Shenandoah Avenue, Los Angeles, California 90056 (the "Residence").  <u>Id</u>. at page 12, lines 24-26.   Therefore, according to Mr. Moore's own bankruptcy filings, as of October 26, 2017, the Authorized Items and the Collected Property were owned by Mr. Moore.

Third, Mr. Moore recently provided this Court with evidence that he is the true owner of the Authorized Items and the Collected Property.  In Mr. Moore's recent Rule 11 Motion, Mr. Moore himself attached a 2013 Order from the Los Angeles County Superior Court, conclusively evidencing that the Authorized Items and the Collected Property are owned by Mr. Moore.  <u>See</u>, Rule 11 Motion [Document Number 21], pages 21-26.  As such, and according to the 2013 Order provided by Mr. Moore, the Authorized Items and the Collected Property have been owned by Mr. Moore since he was evicted from the Residence in 2012.

Fourth, Mr. Moore has a storied litigation history with his former domestic partner, Ms. Barbour.  Ms. Barbour is the owner of the Residence.  <u>See</u>, Barbour Decl., ¶ 1. Ms. Barbour currently resides at the Residence and has resided and been in continuous possession of the Residence, since 2002.  <u>See</u>, Barbour Decl., ¶ 2.  Mr. Moore resided with Ms. Barbour at the Residence from 2002 to 2010.  <u>See</u>, Barbour

---

[5] Mr. Moore's Chapter 11 bankruptcy case was dismissed by the United States Bankruptcy Court on December 13, 2016. Wells Fargo respectfully requests that the Court review the Bankruptcy Court's opinion in connection with the dismissal of Mr. Moore's Chapter 11 bankruptcy case as its contents are noteworthy with respect to Mr. Moore's penchant for litigation aimed at the frustration of the judicial process.  <u>See</u>, RJN, Exhibit "13."

Decl., ¶ 3.  The Authorized Items and the Collected Property have been located and stored at the Residence since at least 2011.  See, Barbour Decl., ¶ 5.  Pursuant to the personal knowledge of Ms. Barbour, which is based upon her history with Mr. Moore, and her continuous possession of the Residence for over fifteen years, all of the Collected Property levied and seized on April 20, 2017, was owned by Judgment Debtors.  See, Barbour Decl., ¶¶ 4, 6.

Finally, there is a pending adversary proceeding in the United States Bankruptcy Court between Mr. Moore and Ms. Barbour as Adversary Case Number 2:16-ap-01543-BR.  In Mr. Moore's Adversary Complaint against Ms. Barbour, he describes, in detail, his ownership interest in much of the Authorized Items and the Collected Property, as follows:

> 62. Consistent with the evidence provided at trial, the debtor [Ms. Barbour] holds and control the creditor Ivan Rene Moore's personal business and family properties referenced below:
>
> SSL Solid State Recording Console (K) Series valued over $450,000.00;Tape recorders; analog and Sony digital 3348 HR, 80 Channel Pro tools system; rare and vintage microphone collections valued over $350,000,00; lOOk of various software, $225k of touring equipment, cash of over 250k; Classic Guitars Fender and Gibson and fender; Kramer Music man Basses; most every keyboard and synthesizer; 6 Fender Rhodes keyboards; 3 Wurlitzer keyboard; Hammond b-3 organ 2 Leslie speakers, 35mm film cameras w lenses; (16) Neve Eq,; all of my clothes and jewelry, complete home furnishings, paintings; (9) Rolex men's watches (6) Rolex, Paiget, Hamilton female watches that belong to my mother (now deceased), my deceased mother and father's jewelry, loose diamonds, (18) Gold Bars, female (5) Carat pair shape diamond ring that belonged to my now deceased mother; family bearer bonds; family Pictures, family birth certificates, Silver wear, China, Crystal, legal documents, deed to properties in other states, complete set of California Practices Guides law book, legal court documents for all of my cases past and present, court transcripts, radio stations clients files, Los Angeles Philharmonic 150 page complete orchestration score of the song

Somewhere Far Away written by Rene Moore and Jo Westmoreland performed by Rene Moore with Zubin Mehta conducting; written music and string orchestrations of over 350 recorded songs, work tapes and documentation for over 750 songs, master recordings, unreleased films purchased by the judgment creditor, (25) video footage of artists sign to label and final masters, film footage, master recording and work tapes of Michael Jackson, Janet Jackson, Madonna, En Vogue, Rickey Martin, Isley Brothers, Shaquille O'Neal, Maxie Priest, Ivy Lies, Rene & Angela, Notorious Big, Jay-Z certificate of deposits, 25 movie footage sound effect library, (2) motorcycles, racing car parts, (3) Mikes racing transmissions 3 power glide, (4 )Turbo 400 transmission, 600 cubic (5) Chevy racing engines, (5) set of big Chief big block racing heads,(6) continental racing converters, Hitoque big block starters, (5) Pro tool systems HD and many others items missing. See, RJN, Exhibit "15," page 20.

Mr. Moore will no doubt attempt to claim, once again, that the Authorized Items and the Collected Property belong to others.  However, based upon the foregoing evidence, Mr. Moore should be estopped from doing so.  As indicated above, Mr. Moore has filed pleadings in several state and federal courts demonstrating that he is the owner of the subject personal property.   Mr. Moore cannot, once again, take an inconsistent position with respect to his ownership interest in the Authorized Items and the Collected Property.  It is simply unjust for Mr. Moore to, on the one hand, disclaim any ownership interest whatsoever in the Authorized Items and the Collected Property, while at same time filing signed pleadings in other courts in pursuit of rights and remedies based upon his ownership interest in the Authorized Items and the Collected Property[6].  As such, Wells Fargo submits to this Court that it has met its burden of proof, through declarations, judicially noticeable documents, as well as the admissions

---

[6] This is not the first instance in which Mr. Moore has been caught by a Court making inconsistent admissions with respect to the ownership of property.  The Los Angeles County Superior Court made a similar finding in its Statement of Decision wherein it described that Mr. Moore "completely reversed" his assertion concerning his ownership interest in a piece of real property. See, RJN, Exhibit "16" pages 19-21.

-6-

of Mr. Moore himself, in proving that the Authorized Items and the Collected Property are owned by Judgment Debtors.

## III.   INVENTORY AND VERIFICATION OF SEIZED ITEMS.

A true and correct identification and designation of the Collected Property is attached as Exhibit "1" to the Notice of Levy [Document Number 29].  Wells Fargo has reviewed the Collected Property and confirmed that all of the personal property collected is personal property of the Judgment Debtors and, further, was an Authorized Item of personal property listed for seizure in the Order re: Levy.   See, Barbour Decl., ¶¶ 4-6.  Wells Fargo hereby submits the following inventory of the Collected Property which further identifies and references the specific item identified in the Authorized Items.

| Qty. | STUDIO EQUIPMENT INVENTORY | REFERENCE |
|---|---|---|
| | | |
| lot | 80-channel analog mixing console, "SSL", mdl. 9080, with: | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (approx. 15 boxes) miscellaneous cables and parts | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (2) large boxes SSL cables | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | pile of miscellaneous SSL cables | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | SSL tower consisting of: | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (5) SOLID STATE LOGIC SSL K-Series power modules | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) power conditioner and light module, mdl. PL-8 | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) SOLID STATE LOGIC mdl. SL961 console power station module | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) TEKTRONIX NTSC generator, mdl. SPG-170A | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| lot | gig box with: | RJN, Ex. 5, pp. 3, 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) FURMAN power conditioner, Merit Series M-8L | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |

| | | | |
|---|---|---|---|
| | | (1) DIGIDESIGN 888 I/O 24 audio interface | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) power strip | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) keyboard | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | miscellaneous cables | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | lot | gig box with: | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) TASCAM CD-401MK II professional CD player | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) PROTEUS/2 Orchestral EMU Systems expander module | RJN, Ex. 5, pp. 4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (2) FURMAN TX-3 turntables, 2/3-way crossover bandpass filter | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (2) BOSS CE-300 Super Chorus pedals | RJN, Ex. 5, pp. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) CROWN D150A power amp | RJN, Ex. 5, pp. 4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (2) BGW 7500 Proline II power amps | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) CROWN PS-200 power amp | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) Effectron ADM 1024 digital delay unit | RJN, Ex. 5, pp. 4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) TECHNICS M85 tape player | RJN, Ex. 5, pp. 4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 2 | STUDIO MASTER 8-into-4 mixers | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 1 | OTARI MX5050 reel-to-reel tape recorder | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 1 | ROLAND D-70 Super LA synthesizer (some frozen keys) | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 1 | NOVATRON Remote 61SL keyboard | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 1 | RHODES Seventy Three keyboard (poor condition - frozen keys) | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | lot | (box 120) new miscellaneous cables | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |

INVENTORY AND VERIFICATION OF ITEMS SEIZED

| | | | |
|---|---|---|---|
| lot | roller rack, wood, with: | | |
| | (1) FURMAN TX3 turntable 2/3-way crossover bandpass filter | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) Midi Timepiece MTP AV | RJN, Ex. 5, pp. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) KORG OIR/W music workstation | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) ROLAND linear synthesizer | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) PANASONIC DAT recorder, mdl. SV-3800 | RJN, Ex. 5, pp. 4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) MEDEA uninterruptible power supply | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) ROLAND digital piano, mdl. MKS-20 | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) DYNATEK disc drive | RJN, Ex. 5, pp. 4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) SOLID STATE LOGIC disc drive | RJN, Ex. 5, pp.1, 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (lot) miscellaneous cables | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| lot | roller rack, wood, with: | | |
| | (2) FURMAN PL8 power conditioners | RJN, Ex. 5, pp.3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) DBX Professional 900 Series outboard rack module | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) UREI 6500 power amp | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (15) patch bays | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| 1 | YAMAHA grand piano, mdl. C7, white | RJN, Ex. 5, pp.1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| lot | consisting of: | | |
| | (1) bass drum | RJN, Ex. 5, pp.3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) snare drum | RJN, Ex. 5, pp.3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) cymbal | RJN, Ex. 5, pp.3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | miscellaneous boom stands | RJN, Ex. 5, pp.3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| lot | roller rack, wood, with: | | |

ASSAYAG ❖ MAUSS

INVENTORY AND VERIFICATION OF ITEMS SEIZED

| | | | |
|---|---|---|---|
| | | (2) OMS Studio 5LX Opcode Systems midi interface | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) ROLAND SDE-3000A digital delay | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) TASCAM 122MKII tape player | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) ROLAND MKS-20 digital piano | RJN, Ex. 5, pp.3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (2) TIMELINE Lynx time code modules | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) HHB Burn-It Plus CD burner | RJN, Ex. 5, pp. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) BRAINSTORM SR26 dual time code distributor | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) MIDI time piece, 128-channels | RJN, Ex. 5, pp. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) ROLAND Super JD/JD-990 synthesizer module | RJN, Ex. 5, pp.3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) BILTREE patch bay | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) LEXICON PCM70 digital effects processor | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) ELTEKON disc drive | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) S760 drive | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | (1) MONSTER Power AVS2000 Pro voltage stabilizer | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 2 | MCI reel-to-reel 24-track recorder | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 1 | MCI Autolocator II controller | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 2 | WESTLAKE AUDIO speakers (middle horn deteriorated) | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | lot | (14) sound catchers | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 2 | EVENT Precision 8 studio monitors | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |
| | 1 | MACKIE HRS150 sub-woofer | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | | |

ASSAYAG ❖
MAUSS

INVENTORY AND VERIFICATION OF ITEMS SEIZED

| | | |
|---|---|---|
| 4 | ELECTROCOMPANIET Ampliwire 180 monoclass A power amplifiers | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | YAMAHA table top speakers | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | WESTLAKE AUDIO speakers (middle horn deteriorated) | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SONY Dash 48 reel-to-reel tape recorder with digital audio recorder/remote control unit RM-3348 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SONY Dash 48 Plus 48HR reel-to-reel tape recorder with digital audio recorder/remote control unit, RM-3348HR | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | DISC MAKERS Reflex Pro7 CD duplicator | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | TECHNICS SL-1200MK2 turntable | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 3 | boxes miscellaneous used cords and cabling | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | fog machine (labeled broken) | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SONY mdl. Trinitron monitor | RJN, Ex. 5, pp.1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | BROTHER laser printer | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | ZENITH VCR | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | WESTLAKE AUDIO speakers, large (poor condition) | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| lot | box with computer, speakers, keyboard and printer | RJN, Ex. 5, pp.1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | DBX 234/234XL crossover | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |

ASSAYAG ❖
MAUSS

| | | | |
|---|---|---|---|
| 1 | PHILIPS VCR | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | Moto DTP | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | RADIO SHACK 4-channel stereo microphone mixer | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SONY DMU-3048 digital meter unit | | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SONY AC-MC800G AC power supply unit | | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| lot | box of old telephones | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | RCA DVD player | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SONY PCM-R300 high density linear A/D - D/A converter | | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | BOSS guitar tuner | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | TMC digital soldering station | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | KALATEL Caliber RSM1600 remote surveillance module | | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 1 | drum kick pedal | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 3 | foot pedals | | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | AKG C535EB microphones | | RJN, Ex. 5, p.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | BEYER DYNAMIC M69N microphone | | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |

-12-

| | | |
|---|---|---|
| 1 | AVLEX DV67 microphone | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SHURE SM58 microphone | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SHURE Unidyne III SM57 microphone | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SHURE Dynamic SM57 microphone | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 3 | SA40 adapters | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | CAD DI89 microphones | RJN, Ex. 5,p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SHURE KSM27 microphone | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| lot | case with: | |
| | (1) SONY C-800 condenser microphone | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) CANON T70 camera | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) NIKON N90S camera | RJN, Ex. 5, p. 6; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) TAMRON mdl. 1760 lens | RJN, Ex. 5, pp. 6; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) NIKON Speedlight SB-28 flash | RJN, Ex. 5, pp.  6; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) VIVITAR AutoThyristar 2600D flash | RJN, Ex. 5, p. 6; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | plastic organizer with 4-drawers | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 1 | BISLEY green rolling metal tool box with miscellaneous tools and parts | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 1 | digital claptrap clap machine | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |

-13-

| | | |
|---|---|---|
| 1 | TRUE 1x4 midi thru box | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | REALISTIC sound level meter | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | ST500 guitar tuner | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | SM-1A passive direct box | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | BOSS TU-100 chromatic tuner | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | TECHNICS 2-channel box | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | BOSS FS-5u pedal | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | guitar pedal | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | boxes miscellaneous circuit boards/cards | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | keyboards | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| lot | computer speakers | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | FOG  system with Anvil case | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 2 | miscellaneous computer cords | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 1 | bin miscellaneous telephone parts | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 1 | drum seat - no base | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 1 | BROTHER labeler | RJN, Ex. 5, p. 6; Barbour Decl. |

-14-

| | | | |
|---|---|---|---|
| | | | ¶¶4-6. |
| | | | |
| | 1 | calculator | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | lot | (6) power strips | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | | | |
| | lot | box of manuals | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | 3 | APPLE MAC computers | RJN, Ex. 5, pp.1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | lot | (11) framed awards/plaques | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | lot | (2) large bins of miscellaneous wiring, cables, cords, power strips | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | 1 | EPSON printer | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | 1 | old personal computer | RJN, Ex. 5, pp.1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | 1 | PANASONIC SV3800 DAT recorder | RJN, Ex. 5, pp.4 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | 3 | external hard drives | RJN, Ex. 5, pp.5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | lot | box miscellaneous cables | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | lot | box (3) personal computer monitors | RJN, Ex. 5, pp.1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | 1 | HONDA motorcycle, mdl. CBR1000F, year 1988, vin#1HESC211XJA100658, no license plate, farings are off the motorcle but present and in poor condition, rear brakes are bound (poor condition - non-operable) | RJN, Ex. 5, pp.1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | <u>BOX #1</u> | |
| | | - personal and legal papers | RJN, Ex. 5, p. 6; Barbour Decl. |

-15-

| | | |
|---|---|---|
| 1 | | ¶¶4-6. |
| 2 | | |
| 3 | BOX #2 | |
| | (4) DVD studio clips & effects | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 4 | (3) BETA CAM tapes, various artists | |
| 5 | (3) #64 SONY digital Betacam tapes  - no markings | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 6 | (1) 4" floppy | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 7 | (4) DAT cassettes | RJN, Ex. 5, pp.2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 8 | (2) cassette tapes | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 9 | (13) DVD studio sessions | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 10 | | |
| 11 | BOX #3 | |
| 12 | - miscellaneous personal paperwork, mail, etc. | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 13 | | |
| 14 | BOX #4 | |
| | Box of Masters consisting of: | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 15 | - blank master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 16 | - Rene Rufftown master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 17 | - Lew Mac Rufftown master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 18 | - Black Chill - The Kush master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 19 | - Amanda master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 20 | - Amanda Rufftown master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 21 | - Black Chill master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 22 | - Rene Street Songs master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 23 | - Rene master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 24 | - Rene Street Songs master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 25 | - Rene Street Songs master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 26 | | |
| 27 | | |
| 28 | | |

-16-

| | | |
|---|---|---|
| | BOX #5 | |
| | (47) in-studio CD sessions | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (5) unused DAT tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | Spindles of in-studio CD sessions: | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) w/110 | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (2) w/110 | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (3) w/110 | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) w/45 | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) w/20 | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #6 | |
| | (52)  cassette tapes made in-studio/various titles | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (11) VHS tapes - various in-studio sessions | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #7 | |
| | (25) DAT tapes - various sessions | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (22) 4" floppy disks - no markings | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #8 | |
| | (39) DAT tapes - miscellaneous in-studio sessions | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #9 | |
| | - 1 bin of (23) sound tracks software for recording | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | BOX #10 | |
| | (37) cables, electrical adapters | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) 3" electric fan | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (2) iPhone chargers | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #11 | |

-17-

INVENTORY AND VERIFICATION OF ITEMS SEIZED

| | |
|---|---|
| (29) commercially released CD's - various artists | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | |
| **BOX #12** | |
| (22) blank CD's | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | |
| **BOX #13** | |
| (5) large digital audio master tapes - labeled miscellaneous artists | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) BELINDA LEWIS large digital audio tape | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) HIPNOTIE LOVE master tape | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) blank tape reel | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | |
| **BOX #14** | |
| Box software consisting of: | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) PRO DRUM sample software, "BATTERY 2" | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) PRO TOOLS Version 4.2 floppy disc | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) ELAB IGNITION virtual instrument series software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) APPLE LOGIC studio software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) WIZOO/VST INSTRUMENTS virtual guitarist software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) MOTU BPM BEAT Production Machine software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) WAVES RENAISSANCE MAXX NATIVE software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) APPLE MAC OSX TIGER software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) MOTU Electric Keys software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) EMAGIC LOGIC PRO6 Upgrade A software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) BFD Premium Acoustic Drum module | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) VINTAGE LINE Pro 53 software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) ROLAND Expansion board SRX Series SRX08 - Platinum Trax | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |

-18-

| | |
|---|---|
| **BOX #15** | |
|    - VIRTUAL GUITAR Electric Edition (Steinberg) - software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
|    - EMAGIC VINTAGE Collection EVB3, EVDC, EVP88 - software | RJN, Ex. 5, pp. 2 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | |
| **BOX #16** | |
| VHS Tapes - RUFFTOWN/MAYBACH/LIGHTNING MEDIA/RYKO DISTRIBUTION consisting of: | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (25) Adina Howard VHS Tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
|    - The Second Coming, Misc. 30-second spots | |
| (2) CD's - SYLK-E FYNE RUFFTOWN ENT. SNOOP DOGG, BILLY BOY, JT MONEY, LUKEE & NICOLE RENEE | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (7) Adina Howard CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (3) Rene CD's - Rufftown | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | |
| **BOX #17** | |
| (12) AMBIENCE sound effects CD's 3001-3012 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (5) WARNER BROS. sound effects library WB01-WB05 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (5) SOUND IDERS sound effects library 4001-4005 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (28) SOUND IDES sound effects library 1001-1028 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (4) SOUND IDES sound effects library 2007, 2010, 2012, 2013 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (3) FUN WITH SOUND EFFECTS | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) SOUNDS OF FASCINATING ANIMAL WORLD | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (2) recordable CD's | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (6) LUCAS FILM sound effects library LF01-LF06 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (5) UNIVERSAL STUDIOS effects library US01-US05 | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) TDK VHS tape | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | |
| **BOX #18** | |

-19-

| | | | |
|---|---|---|---|
| 1 | | (6) picture reels | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 2 | | | |
| 3 | | BOX #19 | |
| 4 | | tape reel masters consisting of: | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 5 | | - RENE STREET SONGS master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 6 | | - AMANDA master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 7 | | - AMANDA master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 8 | | - RENE & ANGELA master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 9 | | - blank master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 10 | | - RENE STREET SONGS master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 11 | | - RENE & ANGELA master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 12 | | | |
| 13 | | - unmarked master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 14 | | - miscellaneous artist master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 15 | | (2)blank master tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 16 | | (4) SYLK-E FYNE records | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 17 | | - SILK-E FYNE master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 18 | | | |
| 19 | | BOX #20 | |
| | | Software consisting of: | |
| 20 | | (1) FINAL CUT Pro4 - APPLE | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 21 | | | |
| 22 | | (1) LOGIC PRO 7 - APPLE | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 23 | | (1) BFD Drum Module XFL | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 24 | | | |
| 25 | | BOX #21 | |
| | | DESTINY'S CHILD TAPES - (23) black box - DM60 tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 26 | | | |
| 27 | 2 | filing cabinets, 4-drawer, metal, vertical with personal paperwork and files | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 28 | | | |

INVENTORY AND VERIFICATION OF ITEMS SEIZED

| | | |
|---|---|---|
| 1 | BOX #22 | |
| 2 | (1) 2004 MOTION (APPLE) - unopened | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 3 | - Real Time Graphic Design (MAC G5 G4 with card) | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 4 | (1) 2007 HD final cut studio 2 (MAC) - unopened | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 5 | (1) 2005 Shake 4 (MAC/APPLE) - unopened | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 6 | - Advanced Digital Compositing | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 7 | | |
| 8 | BOX #23 | |
| 9 | (14) film reels/KODAK film reels | RJN, Ex. 5, pp. 5 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 10 | | |
| 11 | BOX #24 | |
| | box of masters consisting of: | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 12 | - VJ TV master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 13 | - (2) RUFFTOWN SYLK-E FYNE featuring SNOOP DOG & BIZZY DOVE master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 14 | | |
| 15 | - HIP HOP NATION master/MY BOY EDDIE | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 16 | - GROOVE PALLER master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 17 | - DISIFER master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 18 | - NECFC DFF in FLORIDA master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 19 | - (3) YA STYLE RUFFTOWN masters | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 20 | - RUFFTOWN SYLK-E FYNE master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 21 | | |
| 22 | - WILL POWER master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 23 | - IN THE MIX PEEP SHOW master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 24 | - LUKEE master reel | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 25 | | |
| 26 | BOX #25 | |
| 27 | (240) ADAM LAMBERT CD's - shrink-wrapped | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 28 | | |

-21-

| | | |
|---|---|---|
| | BOX #26 | |
| | (240) ADAM LAMBERT CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #27 | |
| | (250) ADAM LAMBERT CD's - shrink-wrapped | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #28 | |
| | (1) flexible disk cartridge | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (3) white box music reels | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) sound recording tape | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) music reel - POLY GRAM | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) music reel - RENE & ANGELA | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) FIRST LOVE master reel | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) STREET CALLED - master reel | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) master reel - RENE & ANGELA | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #29 | |
| | (250) ADAM LAMBERT CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #30 | |
| | (1) case floppy discs | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | (1) MINIMOOG V - ARTURIA | RJN, Ex. 5, pp. 3 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) bag mic parts | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | (1) DAT digital audio tape | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) STYLUS vinyl groove module | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) ATMOSPHERE - dream synth module | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) TRILOGY - total bass module | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #31 | |

| | software consisting of: | |
|---|---|---|
| | (1) PRO TOOLS - Digi Rack Plug-Ins | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) AUTO-TUNE 4 set | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) WASP bar code fontware | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) PRO TOOLS - HD8 book set | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) PRO TOOLS books | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) JUPITER-8V - ARTURIA | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #32 | |
| | (5) KODAK reels, Vision-2 | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #33 | |
| | (26) miscellaneous CD's | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #34 | |
| | software consisting of: | |
| | - LAVA 2000 AD 01 AdV2.0 - Music in Motion | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - Alpha Dance - Producer Remixer Production Tool | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - Synclavier sample | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - Tekno Industrial CD | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - Adat XT reference manual | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - CANON Power Shot SD552 owner manual | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - APPLE software | RJN, Ex. 5, p. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - A/D converter HDA-1, AIWA | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - Project II - WINDOWS NT Q4, 1998 (Digidesign) | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - Transfuser (Digidesign) | RJN, Ex. 5, pp. 1 & 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | - VST to Audio unit adapter | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. |

| | | | |
|---|---|---|---|
| 1 | | | 15; Barbour Decl. ¶¶4-6. |
| 2 | | - STRIKE Ultimate Virtual drummer | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 3 | | - BFD2 upgrade expansion | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 4 | | - Propellerhead (REASON) | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 5 | | - Wirelegg Mouse | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 6 | | | |
| 7 | | <u>BOX #35</u> | |
| 8 | | (4) RENE & ANGELA music reels | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| 9 | | | |
| 10 | | <u>BOX #36</u> | |
| 11 | | ADINA HOWARD 2004 mixed VHS, CD's, DVD's - Second Coming | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 12 | | | |
| 13 | | <u>BOX #37</u> | |
| 14 | | (11) SYLK-E FYNE film reels | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 15 | | <u>BOX #38</u> | |
| 16 | | (4) GP9 Studio master audio tapes | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 17 | | (2) Monster Power Pro-7000 (power conditioner) | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 18 | | <u>BOX #39</u> | |
| 19 | | (240) ADAM LAMBERT CD's - full case | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 20 | | | |
| 21 | | <u>BOX #40</u> | |
| 22 | | (2) miscellaneous random boxes with parts - blue top | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 23 | | (1) wood-looking speaker part | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 24 | | (3) SONY disc reels | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 25 | | (1) black box with (15) miscellaneous CD's & (8) floppy discs | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 26 | | (1) wireless video receiver | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 27 | | (1) tape wrapped in foil - Bruce Swedien | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| 28 | | | |

-24-

INVENTORY AND VERIFICATION OF ITEMS SEIZED

| | |
|---|---|
| (1) REALISTIC cassette player | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (1) MRL - Calibration tape | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (7) miscellaneous reels | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (1) VHS tape | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (1) SONY Magnet-Optical disc | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (41) miscellaneous CD's | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| | |
| BOX #41 | |
| (66) miscellaneous floppy discs | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (20) DVC's - digital video cassettes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (9) miscellaneous VHS tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) stack of miscellaneous CD's | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (4) GP9 red reels | RJN, Ex. 5, p. 6; Barbour Decl. ¶¶4-6. |
| (1) 996 audio mastering tape - artist - SLAVE MASTER | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) GP9-9 reel - artist - TARYN SCALI | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (5) GP9 reels - artist - RENE | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (2) FOTO KEM - film and video reels | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) SCOTCH - 250 audio recording tape | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) SONY - dash audio master tape | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | |
| BOX #42 | |
| SYLK-E FINE - Flyers photos | |
| (11) blue box master tapes | |
| (70) black box DA8 tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (6) miscellaneous CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (1) VHS cassette | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| (4) miscellaneous tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. |

| | | |
|---|---|---|
| | | 15; Barbour Decl. ¶¶4-6. |
| | (3) miscellaneous discs | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (4) KCA - SONY tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (33) SYLK-E FYNE records | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #43 | |
| | (81) miscellaneous CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (2) miscellaneous DVD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #44 | |
| | (1) VIVITAR camera | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (200) blank CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) VHS tape | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (200) miscellaneous software CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (100) miscellaneous software CD's | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (60) miscellaneous music CD's, various artists | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #45 | |
| | (6) GP9 blank Quantegy tapes - grand master | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #46 | |
| | (72) RUFFTOWN - DAT cassettes - SYLK-E FYNE | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (60) miscellaneous floppy discs | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (4) cassettes - various artists | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (3) miscellaneous CD's - various artists | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) PPG Wave 2.V Wavetable for VST | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (18) miscellaneous VHS tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |

ASSAYAG ❖
MAUSS

INVENTORY AND VERIFICATION OF ITEMS SEIZED

| | BOX #47 | |
|---|---|---|
| | (47) miscellaneous music CD's - various artists | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | miscellaneous books | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (60) TDK - IBM formatted discs | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #48 | |
| | (15) miscellaneous cassette tapes - various artists | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (4) miscellaneous VHS tapes | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | | |
| | BOX #49 | |
| | Software consisting of: | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) Komplete 6 | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |
| | (1) CS-80V | RJN, Ex. 5, p. 6; Ex. 12; Ex. 14; Ex. 15; Barbour Decl. ¶¶4-6. |

Dated:  June 16, 2017

ASSAYAG ❖ MAUSS
A Limited Liability Partnership


By: /s/*Joshua K. Partington*
   JOSHUA K. PARTINGTON
Attorneys for Judgment Creditor,
WELLS FARGO BANK, N.A.

ASSAYAG ❖
MAUSS

INVENTORY AND VERIFICATION OF ITEMS SEIZED

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2915 Red Hill Avenue, Suite A200, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (specify): **INVENTORY AND VERIFICATION OF ITEMS SEIZED PURSUANT TO ORDER RE: INSTRUCTION TO U.S. MARSHAL TO LEVY UPON PERSONAL PROPERTY OF JUDGMENT DEBTORS; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **June 16, 2017**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michele Sabo Assayag:** efilings@amlegalgroup.com
- **Byron B Mauss:** byronm@amlegalgroup.com,efilings@amlegalgroup.com
- **Joshua Kenneth Partington:** efilings@amlegalgroup.com
- **Andrew K Stefatos:** stefatosandrew@gmail.com

☐   Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL:**  Pursuant to F.R.Civ.P. 5 and/or controlling LR, on **June 16, 2017**, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ivan Rene Moore
1236 Redondo Boulevard
Los Angeles, CA 90019

☐   Service information continued on attached page

INVENTORY AND VERIFICATION OF ITEMS SEIZED

**3.**   **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LR, on _____, **2017**, I served the following persons and/or entities by overnight mail service as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2017 | ISABEL DELGADO | */s/ Isabel Delgado* |
|---|---|---|
| Date | Printed Name | Signature |

INVENTORY AND VERIFICATION OF ITEMS SEIZED